**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

SCOTT VANSLAMBROUCK, STACI
VANSLAMBROUCK,

     Plaintiff,

-vs-            Case No.  2:11-cv-76-FtM-29SPC

FAIRFIELD INDUSTRIES INCORPORATED,

     Defendant.

_____

**ORDER**

  This matter comes before the Court on Plaintiffs' Unopposed Motion for Enlargement of

Time to File Memorandum in Opposition to Defendant's Motion to Dismiss (Doc. #12) filed on

March 21, 2011.  Plaintiffs move for additional time until March 23, 2011 to respond to Defendant's

Motion to Dismiss.  Also pending before the Court is Defendant Fairfield Industries Incorporated's

Contested Motion for Leave to Amend Motion to Dismiss (Doc. #10), in which Defendant moves

to amend its pending Motion to Dismiss (Doc. #9).  The time for Plaintiffs to respond to this Motion

to Amend has not yet run.  Thus, as there is a pending Motion to Amend the Motion to Dismiss,

Plaintiffs will not be required to respond to the Motion to Dismiss until the Court rules on whether

the Motion to Dismiss may be amended.  Once the Court rules on the pending Motion to Amend,

the Court will include a date on which Plaintiffs must file a response to the Motion to Dismiss.  Until

the Court's ruling, Plaintiff's obligation to respond to the pending Motion to Dismiss (Doc. #9) will

be stayed as it is not certain at this time the operative motion to dismiss to which a response is

required.  If Plaintiffs have no objection to the filing of an amended motion to dismiss, Plaintiffs

shall inform the Court immediately.

Accordingly, it is now

**ORDERED:**

Plaintiffs' Unopposed Motion for Enlargement of Time to File Memorandum in Opposition

to Defendant's Motion to Dismiss (Doc. #12) is **GRANTED in part**.  The deadline for Plaintiffs

to respond to Defendant's Motion to Dismiss shall be determined by the Court once it rules on the

pending Motion for Leave to Amend the Motion to Dismiss.

**DONE AND ORDERED** at Fort Myers, Florida, this ___22nd___ day of March, 2011.


SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE


Copies: All Parties of Record